**IMMIGRANT RIGHTS CLINIC**
**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**NEW YORK UNIVERSITY SCHOOL OF LAW**
245 SULLIVAN STREET, 5TH FLOOR
NEW YORK, NEW YORK 10012
TEL: 212-998-6430
FAX: 212-995-4031

ALINA DAS
NANCY MORAWETZ
JESSICA ROFÉ
*Supervising Attorney*

NOELIA RODRIGUEZ
*Legal Secretary*

June 5, 2023

**VIA UPS**

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *ABC v. DEF*, 23-mc-169 (PKC)

Dear Judge Castel,

    I represent plaintiff in the above-captioned miscellaneous action. I write in connection with the pending Motion for Leave to Proceed Under Pseudonym, File Certain Exhibits Under Seal, and Redact References to Plaintiff's Identity in Remaining Exhibits and all Subsequent Filings, Orders, and Opinions. There is no conference presently scheduled before this Court concerning this matter.

    Please find enclosed courtesy hard copies of all motion papers filed via ECF. I sincerely apologize for the tardiness in this mailing.

Sincerely,

/s/ Jessica L. Rofé
Jessica Rofé, Esq. (JR5231)
NYU Immigrant Rights Clinic
Washington Sq. Legal Services, Inc.
245 Sullivan Street, 5th Fl
New York, New York 10012
(714) 458-2127
jessica.rofe@nyu.edu